THE NEW YORK TRUST COMPANY, as Trustee under a Trust Agreement Executed by HARRY S. BLACK et al., Respondent, v. HARRY S. BLACK et al., Defendants; GEORGE A. FULLER, Respondent, and THE NASSAU COUNTY TRUST COMPANY, Appellant.

*New York Trust Co. v. Black*, 178 App. Div. 4, affirmed.

(Argued May 8, 1918; decided May 28, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 15, 1917, affirming a judgment entered upon the report of a referee in an action for an accounting. Under the trust agreement in suit the trustee is directed to apply the income arising from a certain part of the trust estate to the use of George A. Fuller, an infant. The Nassau County Trust Company had been appointed general guardian of said infant. The only question on appeal was whether such income as it accrues should be paid to the general guardian or whether the plaintiff might apply it directly to the use of the infant. The Appellate Division held that "In the present case the creator of the trust, who had a right to direct how the trust should be executed, designated plaintiff as the one to apply the income to the use of the infant *cestui que trust*, and so long as the trustee retains its office it is its right and duty to comply with this direction."

*Alfred M. Schaffer* and *Henry A. Uterhart* for appellant.

*Dickinson W. Richards* for plaintiff, respondent.

*Richard G. Babbage* for George A. Fuller, defendant, respondent.

Judgment affirmed, with costs to plaintiff and to the guardian *ad litem* payable out of the trust fund; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.